SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
SASCHA HENRY, Cal. Bar No. 191914
PAUL L. SEELEY, Cal. Bar No. 252318
333 South Hope Street, 43rd Floor
Los Angeles, California 90071-1422
Telephone:  213.620.1780
Facsimile:   213.620.1398
Email:  shenry@sheppardmullin.com
            pseeley@sheppardmullin.com

Attorneys for Defendants
The Elations Company, LLC and
Beverages Holdings, LLC

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM MURRAY, JR., on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE ELATIONS COMPANY, LLC, a Delaware Limited Liability Company, and BEVERAGES HOLDINGS, LLC, a Delaware Limited Liability Company,<br><br>Defendants. | Case No. 3:13-cv-02357-LAB-WVG<br><br>*Judge: Hon. Larry Allen Burns*<br><br>**DEFENDANTS THE ELATIONS COMPANY, LLC AND BEVERAGES HOLDINGS, LLC'S NOTICE OF MOTION AND MOTION TO DISMISS COMPLAINT**<br><br>**[Fed. R. Civ. P. 12(b)(6)]**<br><br>(Memorandum of Points and Authorities, Declaration of Ed Klene, and Request for Judicial Notice filed concurrently herewith.)<br><br>Hearing Date:   January 28, 2014<br>Hearing Time:   11:30 a.m.<br>Courtroom:       14A (Annex)<br><br>Complaint Filed:  October 1, 2013<br><br>Trial Date:   N/A |

TO THE ABOVE-CAPTIONED COURT, PLAINTIFF AND HIS COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on January 28, 2014 at 11:30 a.m., or as soon thereafter as counsel may be heard in Courtroom 14A – in the United States District Court for the Southern District of California, 333 West Broadway, San Diego, California, 92101, the Honorable Larry A. Burns presiding, Defendants The Elations Company, LLC and Beverages Holdings, LLC (collectively, "Defendants") will and hereby do move the Court for an order dismissing Plaintiff William Murray Jr.'s ("Plaintiff's") Complaint for failure to state a claim upon which relief may be granted pursuant to Federal Rule of Civil Procedure 12(b)(6).

The motion to dismiss pursuant to Rules 8(a), 9(b) and 12(b)(6) of the Federal Rules of Civil Procedure is made on the grounds that the three claims asserted against Defendants fail to state a claim upon which relief may be granted, as follows:

**Count I:  Violation of California Civil Code § 1750 *et seq.* (Consumer Legal Remedies Act)**:  The Complaint fails to state a claim under the Consumer Legal Remedies Act ("CLRA").  As alleged in the Complaint, Plaintiff's CLRA claims are based upon the allegations that the advertisements and marketing for Defendants' dietary supplement ("Elations") are false and/or likely to deceive a reasonable consumer.  (Complaint, ¶¶ 67, 68).  Here, the Complaint fails to plausibly plead that the statements advertising Elations are false because the alleged scientific studies relied upon by Plaintiff (1) did not test the combination of the four active ingredients in Elations, and (2) tested for osteoarthritis, which Elations does not claim to treat.  Additionally, Plaintiff's CLRA claim is an impermissible lack of substantiation claim that may not be pursued by private plaintiffs.  *See Nat'l Council*

*Against Health Fraud, Inc. v. King Bio Pharm., Inc.*, 107 Cal. App. 4th 1336, 1348 (2003); *Stanley v. Bayer Healthcare LLC*, No. 11-862, 2012 WL 1132920, at *3-4 (S.D. Cal. April 3, 2012).  Finally, Plaintiff's CLRA claim is not pled with specificity and, therefore, fails under Rule 9(b) of the Federal Rules of Civil Procedure.

**Count II: Violation of the Unfair Competition Law, Cal. Bus. & Profs. Code § 17200 (the "UCL)**:  The Complaint fails to plausibly plead a UCL violation because he fails to allege facts showing that the statements made in advertising Elations are unlawful, unfair, or false and/or likely to deceive a reasonable consumer.  As alleged in the Complaint, Plaintiff's UCL claims are based upon allegations that the advertisements and marketing for Elations violate the UCL because they are false and likely to deceive consumers.  (Complaint, ¶¶ 74-84).  Here, the Complaint fails to plausibly plead that the statements advertising Elations are false because the alleged scientific studies relied upon by Plaintiff (1) did not test the combination of the four active ingredients in Elations, and (2) tested for osteoarthritis, which Elations does not claim to treat.  Additionally, Plaintiff's UCL claim is an impermissible lack of substantiation claim that may not be pursued by private plaintiffs.  *See King Bio*, 107 Cal. App. 4th at 1348; *Stanley,* 2012 WL 1132920, at *3-4.  Finally, Plaintiff's UCL claim is not pled with specificity and, therefore, fails under Rule 9(b) of the Federal Rules of Civil Procedure.

**Count III: Breach of Express Warranty:**  The Complaint fails to plausibly plead a claim for breach of express warranty.  To state a breach of warranty claim based upon Defendants' advertised statements, Plaintiff must plead facts showing that the advertising is false.  Here, Plaintiff fails to plausibly plead a falsity because the alleged scientific studies relied upon by Plaintiff to prove the

1  falsity (1) did not test the combination of the four active ingredients in Elations, and
2  (2) tested for osteoarthritis, which Elations does not claim to treat.  Additionally,
3  Plaintiff fails to plead facts showing he reasonably relied upon any allegedly
4  expressed warranty.  The statements on the Elations packaging were vague,
5  subjective, and immeasurable which, combined with the prominent disclaimer and
6  his multiple purchases, demonstrates that he did not reasonably rely any of the
7  statements on the Elations packaging as an express warranty.

9      This Motion is based on this Notice, the accompanying Memorandum of
10 Points and Authorities, the accompanying Declaration of Ed Klene, the
11 accompanying Request for Judicial Notice, all pleadings, papers and other
12 documentary materials in the Court's file for this action, those matters of which this
13 Court may or must take judicial notice, and such other matters as this Court may
14 consider.

16 Dated:  December 16, 2013

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By     *s/ Sascha Henry*
    SASCHA HENRY
    PAUL SEELEY
   Attorneys for Defendants
 The Elations Company, LLC and
   Beverages Holdings, LLC
Email:  shenry@sheppardmullin.com

<u>PROOF OF SERVICE</u>
<u>STATE OF CALIFORNIA, COUNTY OF LOS ANGELES</u>

*Murray v. The Elations Company, et al.*
USDC Southern District of California, Case No. 3:13-cv-02357-LAB-WVG

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 333 South Hope Street, 43rd Floor, Los Angeles, CA 90071-1422.

On December 16, 2013, I served true copies of the following document(s) described as **DEFENDANTS THE ELATIONS COMPANY, LLC AND BEVERAGES HOLDINGS, LLC'S NOTICE OF MOTION AND MOTION TO DISMISS COMPLAINT** on the interested parties in this action as follows:

| | |
|---|---|
| Todd D. Carpenter<br>Carpenter Law Group<br>402 West Broadway, 29th Flr.<br>San Diego, CA 92101 | todd@carpenterlawyers.com<br><br>Telephone: 619-756-6994<br>Facsimile: 619-756-6991 |
| James R. Patterson<br>Patterson Law Group<br>402 West Broadway, 29th Flr.<br>San Diego, CA 92101 | jim@pattersonlawgroup.com<br><br>Telephone: 619-756-6990<br>Facsimile: 619-756-6991 |

☒ **BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on December 16, 2013, at Los Angeles, California.

35GA-193205

*/s/ Paul Seeley*
PAUL SEELEY